Darren J. Quinn (149679)
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401

*Attorneys for Defendant and Counter-claimant John Doe*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE infringer identified as using IP address 75.25.172.49,<br><br>        Defendant.<br><br>JOHN DOE,<br><br>     Counter-claimant<br><br>vs.<br><br>STRIKE 3 HOLDINGS, LLC,<br><br>     Counter-defendant. | CASE NO.:  3:21-cv-00063-AJB-AHG<br><br>**COUNTERCLAIM** |

Pursuant to the Court's Order [ECF 5, at 9]: "If Defendant wishes to proceed anonymously, Plaintiff may not release any identifying information without a court order allowing the release of the information."

Accordingly, defendant John Doe (hereinafter "Counter-claimant") by and through his undersigned counsel, anonymously files this Counterclaim against plaintiff Strike 3 Holdings, LLC ("Counter-defendant") as follows:

### The Parties

1.     Counter-claimant John Doe is proceeding anonymously pursuant to the Court's Order [ECF 5, at 9].  John Doe is an individual residing in this District that has been falsely alleged to have directly infringed copyrighted works through the use of .torrent files on his computer.

2.     Counter-defendant Strike 3 Holdings, LLC ("Strike 3") filed a First Amended Complaint for Copyright Infringement [ECF 8] ("Complaint") alleging that John Doe directly infringed copyrighted works through the use of ".torrent" files on his computer.

### Jurisdiction and Venue

3.     Counter-defendant Strike 3 admitted this Court has jurisdiction and venue over the parties in its Complaint.

### Factual Background

4.     Counter-defendant Strike 3 does not allege in its Complaint whether IP address 75.25.172.49 is a static or a dynamic IP address.

5.     On information and belief, unless an Internet subscriber to AT&T pays for a static or fixed IP address, an AT&T Internet subscriber may be assigned numerous different IP addresses over a period of time.

6.     On information and belief, Counter-claimant was only assigned dynamic IP addresses from AT&T.

7.     On information and belief, AT&T only states that IP Address 75.25.172.49 was assigned to Counter-claimant's the residence address on

December 15, 2020 from 12:10 a.m. (UTC) to 11:50 p.m. (UTC).  UTC stands for Coordinated Universal Time which is seven (7) hours later than the time in this District (PST).  For instance, 8 p.m. (UTC) is 1 p.m. (PST).

8.    On information and belief, Counter-defendant does not have documents from AT&T regarding the residence or business address(es) assigned to use the dynamic IP Address 75.25.172.49 *before* December 15, 2020 at 12:10 a.m. (UTC).

9.    On information and belief, Counter-defendant does not have documents from AT&T regarding the residence or business address(es) assigned to use the dynamic IP Address 75.25.172.49 *after* to December 15, 2020 at 11:50 p.m. (UTC).

10.   On information and belief, the named subscriber of AT&T internet service who is billed for the AT&T internet service is not necessarily the person who uses the AT&T internet service at the subscriber's address.

11.   On information and belief, persons other than the AT&T subscriber may have access to that subscriber's AT&T internet service accessible through WI-FI.

  a.    For WI-FI without a password, anyone who connects to the WIFI could use the IP address assigned to that AT&T subscriber.

  b.    For WI-FI with a password, anyone who connects to the WIFI with the password could use the IP address assigned to that AT&T subscriber.

12.   On information and belief, Counter-defendant Strike 3 alleges that Counter-claimant directly infringed certain copyrighted videos through use of ".torrent" files on Counter-claimant's computer.

13.   On information and belief, without a ".torrent" file, it is impossible for Counter-claimant to download a video file using BitTorrent.

14.   On information and belief, without software installed on Counter-

claimant's computer (such as BitTorrent), it is impossible to download and view a video file downloaded using a ".torrent" file.

**FIRST CAUSE OF ACTION**
**Declaratory Judgment**
**28 U.S.C. §2201 and 2202**

15.     Counter-claimant incorporates the preceding allegations as if fully set forth herein.

16.     An actual controversy exists between Counter-claimant and Counter-defendant Strike 3, including whether Counter-defendant Strike 3 has any valid copyright claims against Counter-claimant and whether Counter-claimant infringed any copyrights of Counter-defendant Strike 3.

17.     Counter-claimant is entitled to a declaratory judgment that he has not infringed any registered copyright of Counter-defendant Strike 3 alleged in its Complaint [ECF 8 and 8-1].

**PRAYER FOR RELIEF**

WHEREFORE, Counter-claimant prays for:

1. For a jury trial on all claims or issues so triable;

2. Judgment that Counter-claimant has not infringed any registered copyright of Counter-defendant Strike 3;

3. That Counter-claimant be awarded his attorneys' fees and costs of suit herein to the extent permitted under applicable law; and

4. For all such other and further relief as the Court may deem just and proper.

Dated: August 6, 2021

LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN


_____s/s/ Darren J. Quinn_____
Darren J. Quinn

12702 Via Cortina, Suite 105
Del Mar, CA 92014
Telephone: 858-509-9401

**COUNTERCLAIM**
-3-

1

*Attorneys for Defendant and Counter-claimant*
*John Doe*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that I electronically filed the foregoing **COUNTERCLAIM** with the

3

Clerk of the Court using the CM/ECF system, which will automatically send an email

4

notification of such filing to all registered attorneys of record.

5

6

                           /s/ Darren J. Quinn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28