1  Lincoln D. Bandlow, Esq. (CA #170449)
   lincoln@BandlowLaw.com
2  **Law Offices of Lincoln Bandlow, P.C.**
   1801 Century Park East, Suite 2400
3  Los Angeles, CA  90067
   Phone: (310) 556-9680
4  Fax: (310) 861-5550

5  *Attorney for Plaintiff*
   *Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:21-cv-00063-AJB-AHG |
|---|---|
| Plaintiff, | |
| vs. | **JOINT MOTION FOR DISMISSAL** |
| JOHN DOE infringer identified as using IP address 75.25.172.49, | |
| Defendant, | |
| JOHN DOE infringer identified as using IP address 75.25.172.49, | |
| Counter-Plaintiff, | |
| vs. | |
| STRIKE 3 HOLDINGS, LLC, | |
| Counter-Defendant. | |

1

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff/Counter-Defendant, Strike 3 Holdings, LLC ("Plaintiff"), by and through its counsel of record Lincoln D. Bandlow, and Defendant/Counter-Plaintiff, John Doe infringer identified as using IP address 75.25.172.49 ("Defendant"), by and through Defendant's counsel of record, Darren J. Quinn, hereby respectfully request that the Court dismiss Plaintiff's copyright infringement claim and Defendant's declaratory judgment claim with prejudice, and in support thereof states:

WHEREAS, on November 21, 2022, the parties attended a Mandatory Settlement Conference pursuant to the Court's Order [Dkt. 48];

WHEREAS, at the Mandatory Settlement Conference the parties stipulated to the dismissal of their respective claims; and

WHEREAS, at the Mandatory Settlement Conference the parties also agreed that Defendant may file an attorney fees motion in this matter by no later than December 16, 2022, and Plaintiff is permitted to oppose Defendant's attorney fees motion.

THEREFORE, the parties respectfully request that the Court DISMISS all claims and counterclaims in this action and order that any attorney fees motion brought by Defendant be filed no later than December 16, 2022 and that Plaintiff will be permitted to oppose such a motion.

November 22, 2022                                 November 22, 2022

/s/ *Lincoln D. Bandlow*                          /s/ *Darren J. Quinn*
Lincoln D. Bandlow                                Darren J. Quinn
LAW OFFICES OF                                    LAW OFFICES OF
LINCOLN BANDLOW, PC                               DARREN J. QUINN

*Attorneys for Plaintiff*                         *Attorneys for Defendant*
*Strike 3 Holdings, LLC*                          *John Doe*