1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                  Plaintiff,<br><br>vs.<br><br>JOHN DOE infringer identified as using IP address 75.25.172.49,<br><br>                Defendant, | Case Number: 3:21-cv-00063-AJB-AHG<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |
| JOHN DOE infringer identified as using IP address 75.25.172.49,<br><br>               Counter-Plaintiff,<br><br>vs.<br><br>STRIKE 3 HOLDINGS, LLC,<br><br>            Counter-Defendant. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

Pursuant to the parties' joint motion, the Court DISMISS all claims and counterclaims in this action, with prejudice, and order that any attorney fees motion brought by Defendant be filed no later than December 16, 2022 and that Plaintiff will be permitted to oppose such a motion.

IT IS SO ORDERED.
Dated:  November 22, 2022

Hon. Anthony J. Battaglia
United States District Judge

1