Darren J. Quinn (149679)
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401

*Attorneys for Defendant and Counter-claimant John Doe*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE infringer identified as using IP address 75.25.172.49,<br><br>　　　　Defendant.<br><br>JOHN DOE,<br><br>　　　　Counter-claimant<br><br>vs.<br><br>STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Counter-defendant. | CASE NO.: 3:21-cv-00063-AJB-AHG<br><br>**APPLICATION TO FILE UNDER SEAL:**<br>**(1) REPLY DECLARATION OF DARREN J. QUINN IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY FEES**<br>**(2) EXS. A - B TO QUINN DECL.**<br><br>Judge: Hon. Anthony J. Battaglia<br>Date:　April 13, 2022<br>Time:　2:00 p.m.<br>Courtroom: 4A<br>　　　Edward J. Schwartz<br>　　　U.S. Courthouse<br>　　　221 West Broadway<br>　　　San Diego, CA 92101 |

1    PLEASE TAKE NOTICE that, in connection with defendants' reply papers
2    in support of defendant's motion for attorney fees, defendant will, and hereby
3    does, move the Court for an order to file under seal the following documents:
4        –    Reply Declaration of Darren J. Quinn in Support of Defendant's
5            Motion for Attorney Fees (Quinn Reply Decl.)
6        –    Exhibits A and B of the Quinn Reply Decl.
7    The Quinn Reply Decl. quotes portions of the unredacted First Amended
8    Complaint [ECF 8] that are redacted from the public regarding "Additional
9    Evidence."
10    Quinn Reply Decl., <u>Exhibit A</u> is defendant's supplemental written discovery
11    responses that include identifying information.
12    Quinn Reply Decl., <u>Exhibit B</u> is an exhibit from defendant's deposition
13    showing a portion of his Facebook page.
14    Dated: January 18, 2023

LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN

    s/s/ Darren J. Quinn
       Darren J. Quinn

12702 Via Cortina, Suite 105
Del Mar, CA 92014
Telephone: 858-509-9401

*Attorneys for Defendant and Counter-claimant John Doe*

APPLICATION TO FILE UNDER SEAL: (1)REPLY DECLARATION OF DARREN J. QUINN IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY FEES(2) EXS. A - B TO QUINN DECL.

i

# PROOF OF SERVICE

I hereby certify that I electronically filed the following documents(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

– **APPLICATION TO FILE UNDER SEAL: (1)REPLY DECLARATION OF DARREN J. QUINN IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY FEES**
**(2) EXS. A - B TO QUINN DECL.**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Lincoln D. Bandlow
lincoln@bandlowlaw.com,copyright@ecf.courtdrive.com,marina@bandlowlaw.com
Darren James Quinn
dq@dqlaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

(No manual recipients

## PROOF OF SERVICE OF UNREDACTED DOCUMENTS

I certify the following unredacted documents were sent via email to lincoln@bandlowlaw.com

**(1)REPLY DECLARATION OF DARREN J. QUINN IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY FEES**

**(2) EXS. A - B TO QUINN DECL.**

Dated:       January 18, 2023              s/s Darren J. Quinn
                                           Darren J. Quinn

APPLICATION TO FILE UNDER SEAL: (1)REPLY DECLARATION OF DARREN J. QUINN IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY FEES(2) EXS. A - B TO QUINN DECL.

ii